JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,

    Plaintiff,

v.

ALBERT ARIAS AGUDELO, individually and d/b/a RINCONCITO COLOMBIANO,

    Defendant.

Case No. 2:25-cv-08398-CBM-KS

**JUDGMENT**

Consistent with the Court's Order re: Plaintiff's Motion for Default Judgment and Plaintiff's Motion to Dismiss Counts I, II, and IV of Plaintiff's Complaint, judgment is hereby entered in favor of Plaintiff Innovative Sports Management, Inc., d.b.a. Integrated Sports Media, and against Defendant Albert Arias Agudelo d/b/a Rinconcito Colombiano, in the amount of $750.00.

DATED: April 24, 2026.



CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1